# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HARRIS, individually and on behalf of himself and all others similarly situated;<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MCKESSON MEDICAL-SURGICAL INC., a Virginia Corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01321-TLN-AC<br><br>Hon. Judge Troy L. Nunley<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Placer County Superior Case No. SCV 0044686<br><br>Complaint Filed:  April 3, 2020<br>Removal Filed:  July 1, 2020 |

**ORDER**

The Court having read and considered the Parties' stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. This action is **REMANDED** to the Superior Court of the State of California for the County of Placer as KEVIN HARRIS, on behalf of himself and all others similarly situated; Plaintiff v. MCKESSON MEDICAL-SURGICAL INC., a Virginia Corporation; and DOES 1-50, inclusive, Defendants, as Case Number SCV 0044686.

2. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal and remand of this action.

**IT IS SO ORDERED.**

Dated: June 12, 2023

Troy L. Nunley
United States District Judge